Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven M. Hund | Cara L. Hund |
| 314 Parkway Drive | 314 Parkway Drive |
| Clark, NJ 07066 | Clark, NJ 07066 |

Social Security No.:
  xxx−xx−6127                                 xxx−xx−3189

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 6/23/21
Time: 08:30 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 12, 2021
JAN: dlr

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Steven M. Hund  
Cara L. Hund  
    Debtors

Case No. 21-13515-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: May 12, 2021     Form ID: 132     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven M. Hund, Cara L. Hund, 314 Parkway Drive, Clark, NJ 07066-1626 |
| 519196298 | + | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 519196299 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519196301 | + | Barclay, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519196306 | + | Citi Cards, Po Box 70272, Philadelphia, PA 19176-0272 |
| 519196315 | + | Quicken Loan, Po Box 6577, Carol Stream, IL 60197-6577 |
| 519196316 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Divison of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519204297 | + | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 12 2021 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 12 2021 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519202459 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 12 2021 21:07:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519196302 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 21:22:01 | Capital One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519196305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2021 21:23:01 | Citi Cards, Po Box 70166, Philadelphia, PA 19176-0166 |
| 519196307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2021 21:06:00 | Comenity-Little Switzerland, Po Box 659465, San Antonio, TX 78265-9465 |
| 519196308 | + | Email/Text: mrdiscen@discover.com | May 12 2021 21:06:00 | Discover, Po Box 71084, Charlotte, NC 28272-1084 |
| 519204667 | | Email/Text: mrdiscen@discover.com | May 12 2021 21:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519196310 | + | Email/Text: bk@freedomfinancialnetwork.com | May 12 2021 21:05:00 | FreedomPlus, Po Box 2340, Phoenix, AZ 85002-2340 |
| 519196311 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 12 2021 21:06:00 | GM Financial, Po Box 78143, Phoenix, AZ 85062-8143 |
| 519196313 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2021 21:06:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |

| 519196303 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 12 2021 21:21:07 | Chase, Cardmember Service, Po Box 1423, Charlotte, NC 28201 |
| 519196304 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 12 2021 21:21:07 | Chase/ Disney, CardMemeber Service, Po Box 1423, Charlotte, NC 28201 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519196312 | | Honda Financial Services |
| 519196314 | | PNC |
| 519196300 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519196309 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce W. Radowitz | on behalf of Joint Debtor Cara L. Hund torreso78@gmail.com r45676@notify.bestcase.com |
| Bruce W. Radowitz | on behalf of Debtor Steven M. Hund torreso78@gmail.com r45676@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5