UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                    Bankr. Case No. 21-13515-SLM-13

Steven M. Hund and Cara L. Hund                                                                                    Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 21-13515-SLM-13

Steven M. Hund and Cara L. Hund  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 10, 2021 :

BRUCE W RADOWITZ
636 CHESTNUT ST
UNION, NJ  07083

Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx52135 / 1041111