Certificate Number: 05781-NJ-DE-035716157

Bankruptcy Case Number: 21-13515



05781-NJ-DE-035716157

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on May 29, 2021, at 9:38 o'clock AM PDT, Steven Hund completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 29, 2021                    By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President