Certificate Number: 05781-NJ-DE-035716158

Bankruptcy Case Number: 21-13515



05781-NJ-DE-035716158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 29, 2021</u>, at <u>9:38</u> o'clock <u>AM PDT</u>, <u>Cara Hund</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>May 29, 2021</u>        By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:   <u>President</u>