UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, LLC

In Re:

Steven Hund & Cara Hund,

Debtors.

Case No.:   21-13515-SLM

Chapter:   13

Hearing Date:   6/23/2021

Judge:   Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 19)

_____

Date: 6/17/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*