UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MARTONE AND UHLMANN, P.C.
777 Passaic Ave
Clifton, NJ 07012
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC Bank, National Association

In re:

Steven M. Hund and Cara L. Hund

Case No. 21-13515

Chapter 13

Judge Stacey L. Meisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC Bank, National Association. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

TO:   Martone and Uhlmann, P.C.
       777 Passaic Avenue
       Clifton, NJ 07012

DOCUMENTS:
☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒   All documents and pleadings of any nature.

Martone and Uhlmann, P.C.

By: /s/Christian Del Toro

Dated: June 22, 2021                  Christian Del Toro, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MARTONE AND UHLMANN, P.C.<br>777 Passaic Ave<br>Clifton, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC Bank, National Association<br><br>In re:<br><br>Steven M. Hund and Cara L. Hund | Case No. 21-13515<br><br>Chapter 13<br><br>Judge Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Melissa Uhlmann am the Legal Assistant for Christian Del Toro, Esq., who represents PNC Bank, National Association in the above captioned matter.

2. On June 22, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart:

    Notice of Appearance

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                                     /s/Melissa Uhlmann
                                                                                       Melissa Uhlmann

Dated: June 22, 2021

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| STEVEN M HUND AND CARA L. HUND<br>314 PARKWAY DR<br>CLARK, NJ 07066 | Debtor(s) | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| BRUCE W. RADOWITZ<br>BRUCE W. RADOWITZ ATT AT LAW<br>636 CHESTNUT STREET<br>UNION, NJ 07083 | Debtor(s) Attorney | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| MARIE ANN GREENBERG<br>30 TWO BRIDGED RD STE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.