Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21−13515−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven M. Hund                                        Cara L. Hund
314 Parkway Drive                                    314 Parkway Drive
Clark, NJ 07066                                       Clark, NJ 07066

Social Security No.:
  xxx−xx−6127                                          xxx−xx−3189

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 28, 2021.

Dated: July 28, 2021
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 21-13515-SLM

Steven M. Hund                                                                       Chapter 13

Cara L. Hund
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: plncf13 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven M. Hund, Cara L. Hund, 314 Parkway Drive, Clark, NJ 07066-1626 |
| 519196298 | + | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 519217552 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519196299 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519239709 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519196301 | + | Barclay, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519196306 | + | Citi Cards, Po Box 70272, Philadelphia, PA 19176-0272 |
| 519228601 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519196315 | + | Quicken Loan, Po Box 6577, Carol Stream, IL 60197-6577 |
| 519225972 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519196316 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Divison of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519204297 | + | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 28 2021 20:24:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 519202459 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 28 2021 20:24:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519213187 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 28 2021 20:24:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519196302 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 20:28:48 | Capital One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519243508 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 28 2021 20:28:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519196305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 20:29:04 | Citi Cards, Po Box 70166, Philadelphia, PA 19176-0166 |
| 519196307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 20:24:00 | Comenity-Little Switzerland, Po Box 659465, San Antonio, TX 78265-9465 |

District/off: 0312-2                         User: admin                                    Page 2 of 3
Date Rcvd: Jul 28, 2021                   Form ID: plncf13                           Total Noticed: 31

| Recip ID | Email | Date/Time | Name and Address |
|---|---|---|---|
| 519196308 | + Email/Text: mrdiscen@discover.com | Jul 28 2021 20:23:00 | Discover, Po Box 71084, Charlotte, NC 28272-1084 |
| 519204667 | Email/Text: mrdiscen@discover.com | Jul 28 2021 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519196310 | + Email/Text: bk@freedomfinancialnetwork.com | Jul 28 2021 20:23:00 | FreedomPlus, Po Box 2340, Phoenix, AZ 85002-2340 |
| 519196311 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 28 2021 20:24:00 | GM Financial, Po Box 78143, Phoenix, AZ 85062-8143 |
| 519196313 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2021 20:24:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 519196303 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 20:29:00 | Chase, Cardmember Service, Po Box 1423, Charlotte, NC 28201 |
| 519196304 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 20:29:00 | Chase/ Disney, CardMemeber Service, Po Box 1423, Charlotte, NC 28201 |
| 519252976 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 20:28:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519241713 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 20:28:55 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519249056 | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 20:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519196312 | | Honda Financial Services |
| 519196314 | | PNC |
| 519196300 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519196309 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021                          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

**Name**      **Email Address**

Bruce W. Radowitz
on behalf of Joint Debtor Cara L. Hund torreso78@gmail.com r45676@notify.bestcase.com

District/off: 0312-2                              User: admin                                   Page 3 of 3
Date Rcvd: Jul 28, 2021                          Form ID: plncf13                               Total Noticed: 31

Bruce W. Radowitz
                        on behalf of Debtor Steven M. Hund torreso78@gmail.com  r45676@notify.bestcase.com

Christian Del Toro
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
                        on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6