**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

January 03, 2022

Re: Standing Trustee's Notice of Distribution
    Case No: 21-13515

On July 28, 2021 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 3, 2022

**Chapter 13 Case # 21-13515**

Atty:   BRUCE W RADOWITZ ESQ

Re:    STEVEN M. HUND
       CARA L. HUND
       314 PARKWAY DRIVE
       CLARK, NJ  07066

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $60,000.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/27/2021 | $1,000.00 | 983908 | 06/30/2021 | $1,000.00 | 7776325000 |
| 07/12/2021 | $1,000.00 | 7803828000 | 08/05/2021 | $1,000.00 | 7860732000 |
| 09/03/2021 | $1,000.00 | 7924065000 | 10/05/2021 | $1,000.00 | 7997549000 |
| 11/05/2021 | $1,000.00 | 8065911000 | 12/13/2021 | $1,000.00 | 8144697000 |

**Total Receipts: $8,000.00  -  Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $8,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 450.00 | |
| ATTY | ATTORNEY | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 10,017.12 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 14,797.48 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,563.88 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 8,617.82 | * | 0.00 | |
| 0005 | JPMORGAN CHASE BANK NA | UNSECURED | 7,155.00 | * | 0.00 | |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 7,852.24 | * | 0.00 | |
| 0007 | CITI CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 3,528.48 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 3,188.00 | * | 0.00 | |
| 0010 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,106.10 | * | 0.00 | |
| 0011 | FREEDOMPLUS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 3,987.00 | 100.00% | 1,996.09 | |
| 0015 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0017 | STATE OF NJ | PRIORITY | 3,703.00 | 100.00% | 1,853.91 | |
| 0021 | BANK OF AMERICA | UNSECURED | 14,390.58 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0022 | DISCOVER BANK | UNSECURED | 3,979.74 | * | 0.00 | |
| 0023 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0024 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 83,352.43 | * | 0.00 | |

**Total Paid: $7,050.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 08/16/2021 | $33.71 | 876470 | 09/20/2021 | $452.64 | 878242 |
| | 10/18/2021 | $452.64 | 879971 | 11/17/2021 | $457.46 | 881654 |
| | 12/13/2021 | $457.46 | 883292 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 08/16/2021 | $36.29 | 8002427 | 09/20/2021 | $487.36 | 8002474 |
| | 10/18/2021 | $487.36 | 8002522 | 11/17/2021 | $492.54 | 8002576 |
| | 12/13/2021 | $492.54 | 8002628 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 03, 2022.

Receipts: $8,000.00    -    Paid to Claims: $3,850.00    -    Admin Costs Paid: $3,200.00    =    Funds on Hand: $950.00

Base Plan Amount: $60,000.00    -    Receipts: $8,000.00    =    Total Unpaid Balance: **$52,000.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.