Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven M. Hund
314 Parkway Drive
Clark, NJ 07066

Cara L. Hund
314 Parkway Drive
Clark, NJ 07066

Social Security No.:
xxx−xx−6127                          xxx−xx−3189

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 12, 2022.

On 10/13/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                 December 14, 2022
Time:                 08:30 AM
Location:             Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 14, 2022
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13515-SLM |
| Steven M. Hund | Chapter 13 |
| Cara L. Hund | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 14, 2022 | Form ID: 185 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven M. Hund, Cara L. Hund, 314 Parkway Drive, Clark, NJ 07066-1626 |
| 519196306 | + | Citi Cards, Po Box 70272, Philadelphia, PA 19176-0272 |
| 519196316 | + | State of New Jersey, Divison of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2022 20:40:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 519202459 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 14 2022 20:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519213187 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2022 20:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519196298 | + | Email/PDF: bncnotices@becket-lee.com | Oct 14 2022 20:49:17 | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 519217552 | | Email/PDF: bncnotices@becket-lee.com | Oct 14 2022 20:49:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519196299 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 14 2022 20:40:00 | Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519239709 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 14 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519196301 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 14 2022 20:40:00 | Barclay, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519196302 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2022 20:49:27 | Capital One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519243508 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 14 2022 20:49:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519196305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2022 20:49:19 | Citi Cards, Po Box 70166, Philadelphia, PA 19176-0166 |
| 519196307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: 185 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2022 20:40:00 | Comenity-Little Switzerland, Po Box 659465, San Antonio, TX 78265-9465 |
| 519196308 | + | Email/Text: mrdiscen@discover.com | Oct 14 2022 20:40:00 | Discover, Po Box 71084, Charlotte, NC 28272-1084 |
| 519204667 | | Email/Text: mrdiscen@discover.com | Oct 14 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519196310 | + | Email/Text: bk@freedomfinancialnetwork.com | Oct 14 2022 20:40:00 | FreedomPlus, Po Box 2340, Phoenix, AZ 85002-2340 |
| 519196311 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2022 20:40:00 | GM Financial, Po Box 78143, Phoenix, AZ 85062-8143 |
| 519196313 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2022 20:40:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 519196303 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 20:49:27 | Chase, Cardmember Service, Po Box 1423, Charlotte, NC 28201 |
| 519196304 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 20:49:02 | Chase/ Disney, CardMemeber Service, Po Box 1423, Charlotte, NC 28201 |
| 519228601 | + | Email/Text: RASEBN@raslg.com | Oct 14 2022 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519252976 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 20:49:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519204297 | | Email/Text: EBN@Mohela.com | Oct 14 2022 20:40:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519241713 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2022 20:49:30 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519249056 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2022 20:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519196315 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2022 20:41:00 | Quicken Loan, Po Box 6577, Carol Stream, IL 60197-6577 |
| 519225972 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2022 20:41:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519196312 | | Honda Financial Services |
| 519196314 | | PNC |
| 519196300 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519196309 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: 185 | Total Noticed: 31 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce W. Radowitz | on behalf of Joint Debtor Cara L. Hund torreso78@gmail.com r45676@notify.bestcase.com |
| Bruce W. Radowitz | on behalf of Debtor Steven M. Hund torreso78@gmail.com r45676@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7