Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−13515−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Steven M. Hund | Cara L. Hund |
| 314 Parkway Drive | 314 Parkway Drive |
| Clark, NJ 07066 | Clark, NJ 07066 |

Social Security No.:
    xxx−xx−6127                                          xxx−xx−3189

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2022.

Dated: December 15, 2022
JAN: rah

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13515-SLM |
| Steven M. Hund | Chapter 13 |
| Cara L. Hund | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven M. Hund, Cara L. Hund, 314 Parkway Drive, Clark, NJ 07066-1626 |
| 519196306 | + | Citi Cards, Po Box 70272, Philadelphia, PA 19176-0272 |
| 519196316 | + | State of New Jersey, Divison of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 15 2022 21:04:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 519202459 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 15 2022 21:04:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519213187 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 15 2022 21:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519196298 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 21:07:37 | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 519217552 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 21:07:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519196299 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 15 2022 21:03:00 | Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519239709 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 15 2022 21:04:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519196301 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 15 2022 21:04:00 | Barclay, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519196302 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 21:07:14 | Capital One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519243508 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2022 21:07:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519196305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 21:07:17 | Citi Cards, Po Box 70166, Philadelphia, PA 19176-0166 |
| 519196307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 15 2022 21:04:00 | Comenity-Little Switzerland, Po Box 659465, San Antonio, TX 78265-9465 |
| 519196308 | + | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover, Po Box 71084, Charlotte, NC 28272-1084 |
| 519204667 | | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519196310 | + | Email/Text: bk@freedomfinancialnetwork.com | Dec 15 2022 21:03:00 | FreedomPlus, Po Box 2340, Phoenix, AZ 85002-2340 |
| 519196311 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 15 2022 21:04:00 | GM Financial, Po Box 78143, Phoenix, AZ 85062-8143 |
| 519196313 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2022 21:04:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 519196303 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2022 21:07:32 | Chase, Cardmember Service, Po Box 1423, Charlotte, NC 28201 |
| 519196304 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2022 21:07:12 | Chase/ Disney, CardMemeber Service, Po Box 1423, Charlotte, NC 28201 |
| 519228601 | + | Email/Text: RASEBN@raslg.com | Dec 15 2022 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519252976 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 21:07:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519204297 | | Email/Text: EBN@Mohela.com | Dec 15 2022 21:04:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519241713 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2022 21:07:24 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519249056 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2022 21:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519196315 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 15 2022 21:04:00 | Quicken Loan, Po Box 6577, Carol Stream, IL 60197-6577 |
| 519225972 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 15 2022 21:04:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519196312 | | Honda Financial Services |
| 519196314 | | PNC |
| 519196300 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 519196309 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bruce W. Radowitz | on behalf of Joint Debtor Cara L. Hund torreso78@gmail.com r45676@notify.bestcase.com |
| Bruce W. Radowitz | on behalf of Debtor Steven M. Hund torreso78@gmail.com r45676@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7