BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ 07083

Re: STEVEN M. HUND
CARA L. HUND
314 PARKWAY DRIVE
CLARK, NJ 07066

Atty: BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ 07083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
**Chapter 13 Case # 21-13515**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $36,726.00**

## RECEIPTS AS OF 01/01/2024

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/27/2021 | $1,000.00 | 983908 | 06/30/2021 | $1,000.00 | 7776325000 |
| 07/12/2021 | $1,000.00 | 7803828000 | 08/05/2021 | $1,000.00 | 7860732000 |
| 09/03/2021 | $1,000.00 | 7924065000 | 10/05/2021 | $1,000.00 | 7997549000 |
| 11/05/2021 | $1,000.00 | 8065911000 | 12/13/2021 | $1,000.00 | 8144697000 |
| 01/12/2022 | $1,000.00 | 8205020000 | 02/10/2022 | $1,000.00 | 8268686000 |
| 04/18/2022 | $200.00 | 8408493000 | 05/23/2022 | $200.00 | 8481890000 |
| 06/21/2022 | $200.00 | 8541625000 | 07/19/2022 | $200.00 | 8596613000 |
| 08/18/2022 | $200.00 | 8655794000 | 09/23/2022 | $200.00 | 8723096000 |
| 10/24/2022 | $200.00 | 8782550000 | 11/28/2022 | $575.00 | 8844962000 |
| 12/27/2022 | $603.00 | 8902060000 | 01/25/2023 | $603.00 | 8957188000 |
| 02/28/2023 | $603.00 | 9021973000 | 03/28/2023 | $603.00 | 9076122000 |
| 04/25/2023 | $603.00 | 9128515000 | 05/23/2023 | $603.00 | 9180692000 |
| 06/28/2023 | $603.00 | 9242097000 | 07/18/2023 | $603.00 | 9280887000 |
| 08/16/2023 | $603.00 | 9329989000 | 09/18/2023 | $603.00 | 9384670000 |
| 10/19/2023 | $603.00 | 9438596000 | 11/29/2023 | $603.00 | 9503518000 |
| 12/28/2023 | $603.00 | 9550781000 | | | |

**Total Receipts: $19,814.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $19,814.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 08/16/2021 | $33.71 | 876,470 | 09/20/2021 | $452.64 | 878,242 |
| | 10/18/2021 | $452.64 | 879,971 | 11/17/2021 | $457.46 | 881,654 |
| | 12/13/2021 | $457.46 | 883,292 | 02/14/2022 | $914.91 | 886,659 |
| | 03/14/2022 | $457.46 | 888,336 | 07/18/2022 | $7.80 | 895,118 |
| | 09/19/2022 | $11.71 | 898,318 | 12/12/2022 | $7.72 | 903,042 |
| | 01/09/2023 | $10.99 | 904,531 | 02/13/2023 | $11.52 | 906,088 |

**Chapter 13 Case # 21-13515**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 03/13/2023 | $11.52 | 907,680 | 04/17/2023 | $11.52 | 909,317 |
| | 05/15/2023 | $11.52 | 910,841 | 06/12/2023 | $11.52 | 912,343 |
| | 07/17/2023 | $11.40 | 913,863 | 08/14/2023 | $11.40 | 915,335 |
| | 09/18/2023 | $22.80 | 916,871 | 11/13/2023 | $11.40 | 919,744 |
| | 12/11/2023 | $11.22 | 921,147 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 08/16/2021 | $36.29 | 8,002,427 | 09/20/2021 | $487.36 | 8,002,474 |
| | 10/18/2021 | $487.36 | 8,002,522 | 11/17/2021 | $492.54 | 8,002,576 |
| | 12/13/2021 | $492.54 | 8,002,628 | 02/14/2022 | $985.09 | 8,002,731 |
| | 03/14/2022 | $492.54 | 8,002,783 | 06/20/2022 | $189.10 | 8,002,942 |
| | 07/18/2022 | $189.10 | 8,002,992 | 08/15/2022 | $189.10 | 8,003,040 |
| | 09/19/2022 | $378.19 | 8,003,095 | 11/14/2022 | $189.10 | 8,003,196 |
| | 12/12/2022 | $185.18 | 8,003,251 | 01/09/2023 | $532.39 | 8,003,303 |
| | 02/13/2023 | $558.32 | 8,003,361 | 03/13/2023 | $558.32 | 8,003,412 |
| | 04/17/2023 | $558.32 | 8,003,467 | 05/15/2023 | $558.32 | 8,003,525 |
| | 06/12/2023 | $558.32 | 8,003,577 | 07/17/2023 | $552.40 | 8,003,634 |
| | 08/14/2023 | $552.40 | 8,003,689 | 09/18/2023 | $1,104.80 | 8,003,748 |
| | 11/13/2023 | $552.40 | 8,003,857 | 12/11/2023 | $543.54 | 8,003,904 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,141.14 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 10,017.12 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 14,797.48 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,563.88 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 8,617.82 | * | 0.00 | |
| 0005 | JPMORGAN CHASE BANK NA | UNSECURED | 7,155.00 | * | 0.00 | |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 7,852.24 | * | 0.00 | |
| 0007 | CITI CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 3,528.48 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 3,188.00 | * | 0.00 | |
| 0010 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,106.10 | * | 0.00 | |
| 0011 | FREEDOMPLUS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 26,571.94 | 100.00% | 11,966.56 | |
| 0015 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0016 | ROCKET MORTGAGE LLC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0017 | STATE OF NJ | PRIORITY | 3,703.00 | 100.00% | 3,401.54 | |
| 0021 | BANK OF AMERICA | UNSECURED | 14,390.58 | * | 0.00 | |
| 0022 | DISCOVER BANK | UNSECURED | 3,979.74 | * | 0.00 | |
| 0023 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0024 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 83,352.43 | * | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | UNSECURED | 48.00 | * | 0.00 | |
| 0026 | ROCKET MORTGAGE LLC | (NEW) MTG Agree | 538.00 | 100.00% | 0.00 | |

**Total Paid: $19,259.24**

See Summary

**Chapter 13 Case # 21-13515**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $19,814.00 - Paid to Claims: $15,368.10 - Admin Costs Paid: $3,891.14 = Funds on Hand: $554.76

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.