BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ 07083

Re: STEVEN M. HUND
CARA L. HUND
314 PARKWAY DRIVE
CLARK, NJ 07066

Atty: BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ 07083

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 21-13515**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $36,726.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/27/2021 | $1,000.00 | 983908 | 06/30/2021 | $1,000.00 | 7776325000 |
| 07/12/2021 | $1,000.00 | 7803828000 | 08/05/2021 | $1,000.00 | 7860732000 |
| 09/03/2021 | $1,000.00 | 7924065000 | 10/05/2021 | $1,000.00 | 7997549000 |
| 11/05/2021 | $1,000.00 | 8065911000 | 12/13/2021 | $1,000.00 | 8144697000 |
| 01/12/2022 | $1,000.00 | 8205020000 | 02/10/2022 | $1,000.00 | 8268686000 |
| 04/18/2022 | $200.00 | 8408493000 | 05/23/2022 | $200.00 | 8481890000 |
| 06/21/2022 | $200.00 | 8541625000 | 07/19/2022 | $200.00 | 8596613000 |
| 08/18/2022 | $200.00 | 8655794000 | 09/23/2022 | $200.00 | 8723096000 |
| 10/24/2022 | $200.00 | 8782550000 | 11/28/2022 | $575.00 | 8844962000 |
| 12/27/2022 | $603.00 | 8902060000 | 01/25/2023 | $603.00 | 8957188000 |
| 02/28/2023 | $603.00 | 9021973000 | 03/28/2023 | $603.00 | 9076122000 |
| 04/25/2023 | $603.00 | 9128515000 | 05/23/2023 | $603.00 | 9180692000 |
| 06/28/2023 | $603.00 | 9242097000 | 07/18/2023 | $603.00 | 9280887000 |
| 08/16/2023 | $603.00 | 9329989000 | 09/18/2023 | $603.00 | 9384670000 |
| 10/19/2023 | $603.00 | 9438596000 | 11/29/2023 | $603.00 | 9503518000 |
| 12/28/2023 | $603.00 | 9550781000 | 01/24/2024 | $603.00 | 9596621000 |
| 02/16/2024 | $603.00 | 9635075000 | 03/22/2024 | $603.00 | 9695449000 |
| 04/25/2024 | $603.00 | 9750296000 | 05/24/2024 | $603.00 | 9798604000 |
| 06/24/2024 | $603.00 | 9844541000 | 07/29/2024 | $603.00 | 9900989000 |
| 08/19/2024 | $603.00 | 9937403000 | 09/30/2024 | $603.00 | 1000211500 |
| 10/28/2024 | $603.00 | 1004565000 | 11/18/2024 | $603.00 | 1007927400 |
| 12/19/2024 | $603.00 | 1012514700 | 01/31/2025 | $603.00 | 1018287800 |
| 02/25/2025 | $603.00 | I1MQGVKPRP-Plan | 03/24/2025 | $603.00 | I1VSGYCRPH-Plan |
| 04/28/2025 | $603.00 | I137GH8GW5-Plan | 05/16/2025 | $603.00 | I1X8L3HL6Z-Plan |
| 06/20/2025 | $603.00 | I196LLQ3JG-Plan | 07/28/2025 | $603.00 | I1DBFM3TV6-Plan |
| 08/26/2025 | $603.00 | I1PBFR2FZ9-Plan | 09/23/2025 | $603.00 | I1NFF0YBRN-Plan |
| 10/22/2025 | $603.00 | I126SMHBNK-Plan | 11/24/2025 | $603.00 | I11GSYZP9F-Plan |
| 12/18/2025 | $603.00 | I181SQG30M-Plan | | | |

**Chapter 13 Case # 21-13515**

**Total Receipts: $34,286.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $34,286.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 08/16/2021 | $33.71 | 876,470 | 09/20/2021 | $452.64 | 878,242 |
| | 10/18/2021 | $452.64 | 879,971 | 11/17/2021 | $457.46 | 881,654 |
| | 12/13/2021 | $457.46 | 883,292 | 02/14/2022 | $914.91 | 886,659 |
| | 03/14/2022 | $457.46 | 888,336 | 07/18/2022 | $7.80 | 895,118 |
| | 09/19/2022 | $11.71 | 898,318 | 12/12/2022 | $7.72 | 903,042 |
| | 01/09/2023 | $10.99 | 904,531 | 02/13/2023 | $11.52 | 906,088 |
| | 03/13/2023 | $11.52 | 907,680 | 04/17/2023 | $11.52 | 909,317 |
| | 05/15/2023 | $11.52 | 910,841 | 06/12/2023 | $11.52 | 912,343 |
| | 07/17/2023 | $11.40 | 913,863 | 08/14/2023 | $11.40 | 915,335 |
| | 09/18/2023 | $22.80 | 916,871 | 11/13/2023 | $11.40 | 919,744 |
| | 12/11/2023 | $11.22 | 921,147 | 01/08/2024 | $11.22 | 922,503 |
| | 02/12/2024 | $11.22 | 923,921 | 03/11/2024 | $11.22 | 925,343 |
| | 04/15/2024 | $11.22 | 926,832 | 05/10/2024 | $11.22 | 928,207 |
| | 06/17/2024 | $11.22 | 929,706 | 07/15/2024 | $11.22 | 931,090 |
| | 08/19/2024 | $11.22 | 932,566 | 09/16/2024 | $11.58 | 933,952 |
| | 10/21/2024 | $11.58 | 935,420 | 11/18/2024 | $11.58 | 936,842 |
| | 12/16/2024 | $11.46 | 938,235 | 01/13/2025 | $11.46 | 939,670 |
| | 02/10/2025 | $11.46 | 941,005 | 03/17/2025 | $11.46 | 942,431 |
| | 04/14/2025 | $11.46 | 943,872 | 05/12/2025 | $11.46 | 945,314 |
| | 06/16/2025 | $23.05 | 946,744 | 09/16/2025 | $11.59 | 950,859 |
| | 10/20/2025 | $11.59 | 952,336 | 11/17/2025 | $11.59 | 953,769 |
| | 12/15/2025 | $11.59 | 955,178 | 01/12/2026 | $11.46 | 956,590 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 08/16/2021 | $36.29 | 8,002,427 | 09/20/2021 | $487.36 | 8,002,474 |
| | 10/18/2021 | $487.36 | 8,002,522 | 11/17/2021 | $492.54 | 8,002,576 |
| | 12/13/2021 | $492.54 | 8,002,628 | 02/14/2022 | $985.09 | 8,002,731 |
| | 03/14/2022 | $492.54 | 8,002,783 | 06/20/2022 | $189.10 | 8,002,942 |
| | 07/18/2022 | $189.10 | 8,002,992 | 08/15/2022 | $189.10 | 8,003,040 |
| | 09/19/2022 | $378.19 | 8,003,095 | 11/14/2022 | $189.10 | 8,003,196 |
| | 12/12/2022 | $185.18 | 8,003,251 | 01/09/2023 | $532.39 | 8,003,303 |
| | 02/13/2023 | $558.32 | 8,003,361 | 03/13/2023 | $558.32 | 8,003,412 |
| | 04/17/2023 | $558.32 | 8,003,467 | 05/15/2023 | $558.32 | 8,003,525 |
| | 06/12/2023 | $558.32 | 8,003,577 | 07/17/2023 | $552.40 | 8,003,634 |
| | 08/14/2023 | $552.40 | 8,003,689 | 09/18/2023 | $1,104.80 | 8,003,748 |
| | 11/13/2023 | $552.40 | 8,003,857 | 12/11/2023 | $543.54 | 8,003,904 |
| | 01/08/2024 | $543.54 | 8,003,946 | 02/12/2024 | $543.54 | 8,003,990 |
| | 03/11/2024 | $543.54 | 8,004,034 | 04/15/2024 | $543.54 | 8,004,078 |
| | 05/10/2024 | $543.54 | 8,004,124 | 06/17/2024 | $543.54 | 8,004,168 |
| | 07/15/2024 | $543.54 | 8,004,209 | 08/19/2024 | $543.54 | 8,004,249 |
| | 09/16/2024 | $561.27 | 8,004,290 | 10/21/2024 | $561.27 | 8,004,334 |
| | 11/18/2024 | $561.27 | 8,004,374 | 12/16/2024 | $555.36 | 8,004,414 |
| | 01/13/2025 | $555.36 | 8,004,455 | 02/10/2025 | $555.36 | 8,004,495 |
| | 03/17/2025 | $555.36 | 8,004,537 | 04/14/2025 | $555.36 | 8,004,578 |
| | 05/12/2025 | $555.36 | 8,004,616 | 06/16/2025 | $1,116.62 | 8,004,661 |
| | 09/16/2025 | $561.26 | 8,004,782 | 10/20/2025 | $561.26 | 8,004,822 |
| | 11/17/2025 | $561.26 | 8,004,862 | 12/15/2025 | $561.26 | 8,004,904 |
| | 01/12/2026 | $555.36 | 8,004,946 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,033.58 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 21-13515**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 10,017.12 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 14,797.48 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,563.88 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 8,617.82 | * | 0.00 | |
| 0005 | JPMORGAN CHASE BANK NA | UNSECURED | 7,155.00 | * | 0.00 | |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 7,852.24 | * | 0.00 | |
| 0007 | CITI CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 3,528.48 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 3,188.00 | * | 0.00 | |
| 0010 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,106.10 | * | 0.00 | |
| 0011 | FREEDOMPLUS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 26,571.94 | 100.00% | 24,704.33 | |
| 0015 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0016 | ROCKET MORTGAGE LLC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0017 | STATE OF NJ | PRIORITY | 3,703.00 | 100.00% | 3,664.45 | |
| 0021 | BANK OF AMERICA | UNSECURED | 14,390.58 | * | 0.00 | |
| 0022 | DISCOVER BANK | UNSECURED | 3,979.74 | * | 0.00 | |
| 0023 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0024 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 83,352.43 | * | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | UNSECURED | 48.00 | * | 0.00 | |
| 0026 | ROCKET MORTGAGE LLC | (NEW) MTG Agree | 538.00 | 100.00% | 0.00 | |

**Total Paid: $33,152.36**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $34,286.00 - Paid to Claims: $28,368.78 - Admin Costs Paid: $4,783.58 = Funds on Hand: $1,133.64

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.