Order Filed on February 19, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Steven M. Hund and Cara L. Hund,

Debtors.

| | |
|---|---|
| Case No.: | 21-13515 |
| Chapter: | 13 |
| Hearing Date: | February 11, 2026 |
| Judge: | Stacey L. Meisel |

## ORDER DENYING MOTION FOR RELIEF FORM STAY AS TO REAL PROPERTY KNOWN AS 314 PARKWAY DRIVE, CLARK, NJ 07066

The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: February 19, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Steven M. Hund and Cara L. Hund |
| Case No.: | 21-13515 |
| Caption of Order: | Order Denying Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066 |
| Page: | 2 of 3 |

**THIS MATTER** having been brought before the Court on a *Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066* by PNC Bank, National Association (the "**Movant**"); this Court finds:

**WHEREAS** the *Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066* is deficient for the following reason(s):

☐ **Failure to use required Local Forms.**  *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

   ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.**  *See* D.N.J. LBR 9013-1(a)(1).

   ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.**  *See* D.N.J. LBR 9013-1(a)(2).

   ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.**  *See* D.N.J. LBR 9013-1(a)(3).

   ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

   ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.**  *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Failure to serve parties who filed a Notice of Appearance.**  *See* Fed. R. Bankr. P. 9010(b).  Specifically, Movant did not serve parties who filed a notice of appearance at ECF No. 8 and ECF No. 14.

☐ **Other:**

| Debtors: | Steven M. Hund and Cara L. Hund |
|---|---|
| Case No.: | 21-13515 |
| Caption of Order: | Order Denying Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066 |
| Page: | 3 of 3 |

It is hereby

**ORDERED** that the *Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066* is denied without prejudice.