**Order Filed on February 19, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

| In Re: | | Case No.: | 21-13515 |
|---|---|---|---|
| | | Chapter: | 13 |
| Steven M. Hund and Cara L. Hund, | | Hearing Date: | February 11, 2026 |
| Debtors. | | Judge: | Stacey L. Meisel |

## ORDER DENYING MOTION FOR RELIEF FORM STAY AS TO REAL PROPERTY KNOWN AS 314 PARKWAY DRIVE, CLARK, NJ 07066

The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: February 19, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Steven M. Hund and Cara L. Hund |
| Case No.: | 21-13515 |
| Caption of Order: | Order Denying Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066 |
| Page: | 2 of 3 |

**THIS MATTER** having been brought before the Court on a *Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066* by PNC Bank, National Association (the "**Movant**"); this Court finds:

**WHEREAS** the *Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066* is deficient for the following reason(s):

☐ **Failure to use required Local Forms.**  *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.**  *See* D.N.J. LBR 9013-1(a)(1).

☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.**  *See* D.N.J. LBR 9013-1(a)(2).

☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.**  *See* D.N.J. LBR 9013-1(a)(3).

☐ **Failure to submit a proposed form of order.**  *See* D.N.J. LBR 9013-4.

☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.**  *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Failure to serve parties who filed a Notice of Appearance.**  *See* Fed. R. Bankr. P. 9010(b).  Specifically, Movant did not serve parties who filed a notice of appearance at ECF No. 8 and ECF No. 14.

☐ **Other:**

| | |
|---|---|
| Debtors: | Steven M. Hund and Cara L. Hund |
| Case No.: | 21-13515 |
| Caption of Order: | Order Denying Motion for Relief form stay as to Real Property Known as 314 Parkway Drive, Clark, NJ 07066 |
| Page: | 3 of 3 |

It is hereby

**ORDERED** that the *Motion for Relief form stay as to Real Property Known as 314*

*Parkway Drive, Clark, NJ 07066* is denied without prejudice.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-13515-SLM

Steven M. Hund                                                                Chapter 13

Cara L. Hund

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 2

Date Rcvd: Feb 20, 2026                 Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                        +    Steven M. Hund, Cara L. Hund, 314 Parkway Drive, Clark, NJ 07066-1626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

**Name                          Email Address**

Bruce W. Radowitz
                        on behalf of Debtor Steven M. Hund torreso78@gmail.com  r45676@notify.bestcase.com

Bruce W. Radowitz
                        on behalf of Joint Debtor Cara L. Hund torreso78@gmail.com  r45676@notify.bestcase.com

Christian Del Toro
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com

Denise E. Carlon
                        on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com,
                        bkgroup@kmllawgroup.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 20, 2026                       Form ID: pdf903                                Total Noticed: 1

Dennis P Uhlmann, Jr

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

Marie-Ann Greenberg

    magecf@magtrustee.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8