**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

STEVEN M. HUND
CARA L. HUND

Case No.:  21-13515

Adv. No.:

Hearing Date:  07/22/2026

Judge:  SLM

### CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/08/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
STEVEN M. HUND
CARA L. HUND
314 PARKWAY DRIVE
CLARK, NJ  07066
Mode of Service:  Regular Mail

Attorney for Debtor(s):
BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083
Mode of Service:  ECF and/or Regular Mail

Dated:  June 08, 2026

By:  /S/  Sheila Alvarado

Sheila Alvarado