**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

STEVEN M. HUND
CARA L. HUND

Order Filed on July 23, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-13515 SLM

Hearing Date:  7/22/2026

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 23, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  STEVEN M. HUND
              CARA L. HUND

Case No.:  21-13515

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/22/2026 on notice to BRUCE W RADOWITZ

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $28.00 to pay off case which must be received and posted by the

  Trustee's office by 8/5/2026 or the case will be dismissed upon the Trustee submitting a dismissal order

  without any further hearings or notice to Debtor(s) or Debtor's Attorney.