**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   STEVEN M. HUND
   CARA L. HUND

Order Filed on July 23, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  21-13515 SLM**

**Hearing Date:  7/22/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 23, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): STEVEN M. HUND
CARA L. HUND

Case No.: 21-13515

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/22/2026 on notice to BRUCE W RADOWITZ

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $28.00 to pay off case which must be received and posted by the

  Trustee's office by 8/5/2026 or the case will be dismissed upon the Trustee submitting a dismissal order

  without any further hearings or notice to Debtor(s) or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13515-SLM |
| Steven M. Hund | Chapter 13 |
| Cara L. Hund | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Steven M. Hund, Cara L. Hund, 314 Parkway Drive, Clark, NJ 07066-1626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Bruce W. Radowitz
     on behalf of Joint Debtor Cara L. Hund torreso78@gmail.com  r45676@notify.bestcase.com

Bruce W. Radowitz
     on behalf of Debtor Steven M. Hund torreso78@gmail.com  r45676@notify.bestcase.com

Christian Del Toro
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com

Dennis P Uhlmann, Jr
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Matthew K. Fissel
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,

District/off: 0312-2                                      User: admin                                      Page 2 of 2

Date Rcvd: Jul 24, 2026                                  Form ID: pdf903                                  Total Noticed: 1

matthew.fissel@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8